# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESHAWN HAINS

VERSUS

SHIEASHA MYAIA SMITH

NO.  2025 CW 0436

**JULY 28, 2025**

---

In Re:     Nicole Smith, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 138977.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT